UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YANELLI ALEJANDRA DELGADO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:17-CV-167 |
| | § | |
| MICHAEL POMPEO, *et al,* | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Marshals are hereby **ordered** to serve the Subpoena to Appear and Testify at Trial in the above civil action on behalf of Ms. Alejandrina Paulin De La Rosa (the Witness), as soon as possible, but in no event later than **September 17, 2018**, to the following:

Brownsville Mexican Consulate
Department of Protection
Attn: Ms. Ana Ramirez
301 Mexico Blvd.
Brownsville, TX  78520

The officials at the Brownsville Mexican Consulate are ordered to cooperate with this transfer as Ms. Alejandrina Paulin De La Rosa has a trial in this case set for September 24, 2018, at 2:15 p.m., in this Court.

The District Clerk's office is hereby ordered to change the style of the case to reflect Michael Pompeo, et al, as oppose to Rex Tillerson.

SIGNED this 14th day of August, 2018.

_____
Rolando Olvera
United States District Judge